# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:09-Mj-00124-YNP

U.S.A.

v.

Sargey Paripa

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS.  **NOTE:  FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____    _____
                     Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 190.00          (✓) **Penalty ASSESSMENT** of $ 10.00

( ) **PROCESSING Fee** of $ _____   for a **TOTAL AMOUNT** of $ 200.00 ,

paid within 90 Days   ~~xxxxxxxxxx~~  OR payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
12 months ban on park entrance

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
    PO Box 70939
    Charlotte, NC 28272-0939
    1-800-827-2982

[ ] CLERK, U.S.D.C.
    501 'I' St., #4-200
    Sacramento, CA 95814

[✓] CLERK, U.S.D.C.
    2500 Tulare St., Rm 1501
    Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 7/6/2009              /s/ TIM BERTALOTTO
                         for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007